IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 23-16-7, 9 |
| BHARATKUMAR PARASANA | : | |
| and JON JULIAN, | : | |

**ORDER**

**AND NOW**, this 8th day of October, 2024, upon review of the Motion to Sever of Defendant, Jon Julian, and the Motion to Sever of Defendant, Bharatkumar Parasana, as well as the Government's opposition thereto, and after oral argument being held, it is hereby **ORDERED** as follows:

1. The Motion to Sever of Defendant, Jon Julian (ECF No. 277), is **DENIED**; and

2. The Motion to Sever of Defendant, Bharatkumar Parasana (ECF No. 281), is **DENIED**.

BY THE COURT:

_____
Jeffrey L. Schmehl, J.